## THOMAS MURPHY *v.* WILLIAM LONG.

The general term of the Marine Court has no power, on appeal from a judgment, to make an absolute order that it be modified by increasing the amount.

Where, however, a judgment appealed from is palpably too small in amount, an order may be made directing that there be a new trial, unless the defendant consents to a specified increase.

APPEAL from a judgment of the general term of the Marine Court.  The facts appear in the opinion of the court.

*F. Cahill*, for the appellant.

*P. Callaghan*, for the respondent.

BRADY, J.—The justice, at the special term of the Marine Court, rendered judgment for the plaintiff for $137.33, and $12 allowance.  The plaintiff appealed from the judgment thereon entered to the general term of that court, and, after hearing the respective counsel for the parties, the general term made an order that the judgment be so *modified* that the plaintiff recover of the defendant $209.88, together with $19.25—in all $229.13, and that said judgment be entered as of the 29th day of January, 1856.

The general term exercised, in thus increasing the judgment, a power not possessed by it, and never exercised by courts in *banc* in England or this state.  Sometimes, where the verdict or finding is palpably too small, the court has ordered an increase of the judgment, if the defendant consented, to avoid the necessity and expense of another trial (see *Richards* v. *Sandford*, 2 E. D. Smith, 349), but not otherwise.  The general term of the Marine Court might have directed a new trial, unless the defendant consented to the increase of the judgment, beyond that they had no jurisdiction.  The language of the order of the general term is, that the judgment be modified, which could not be accomplished by *increasing* the judgment.

Judgment reversed.